United States District Court
Southern District of Texas
FILED

APR 20 2021

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-20-1792-S2 |
| EUGENE BRIMZY, III<br>JUAN RICARDO HERNANDEZ | § § § | |

## SECOND SEALED SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about September 16, 2020, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**EUGENE BRIMZY, III**

knowingly having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, in the 337th District Court, Harris County, Texas, on February 12, 2014, in Case No. 140266801010, for Aggravated Robbery, did knowingly and unlawfully possess in and affecting interstate and foreign commerce firearms, namely, a Smith & Wesson, Model 65, .357 Magnum caliber revolver, a Smith & Wesson, Model 59, 9mm caliber pistol, and a SCCY, Model CPX-2, 9mm caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2), and 2.

### Count Two

On or about September 16, 2020, in the Southern District of Texas, and within the jurisdiction of the Court, defendants,

**EUGENE BRIMZY, III
and**

**JUAN RICARDO HERNANDEZ**

did unlawfully obstruct, delay, and affect commerce and the movement of articles and commodities in commerce by means of robbery and attempt to obstruct, delay, and affect the movement of articles and commodities in commerce by robbery, in that the defendants did unlawfully attempt to take drug proceeds from individuals.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## Count Three

On or about September 16, 2020, in the Southern District of Texas, and within the jurisdiction of the Court, defendants,

**EUGENE BRIMZY, III**
and
**JUAN RICARDO HERNANDEZ**

aiding and abetting each other, did knowingly carry and brandish firearms, during and in relation to a crime of violence for which they have been prosecuted in a court of the United States, namely, Hobbs Act Robbery in violation of Title 18 United States Code 1951(a).

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## NOTICE OF FORFEITURE
### Title 18 U.S.C. §922(g)(l)

Pursuant to Title 18, United States Code, Section 924(d)(l) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant,

**EUGENE BRIMZY, III**

that upon conviction of a violation of Title 18, United States Code, Section 922(g)(l), all firearms and ammunition involved in said violation are subject to forfeiture, including but not limited to the following:

One (1) Smith & Wesson, Model 65, .357 Magnum caliber revolver; SIN D787495

One (1) Smith & Wesson, Model 59, 9mm caliber pistol; SIN A470204

One (1) SCCY, Model CPX-2, 9mm caliber pistol; SIN 475413

A TRUE BILL

_____
FOREPERSON

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

*Robert J. H*
_____
ASSISTANT UNITED STATES ATTORNEY